UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. CV 10-01343 JVS (RNBx) | Date September 17, 2010 |
| Title Ricardo Corbera, et al. v. JPMorgan Chase Bank, et al. | |

Present: The Honorable  James V. Selna

| Karla Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) Order Continuing Scheduling Conference

      The Court, having received and reviewed the Joint Rule 26(f) Report filed on September 3, 2010, hereby continues the scheduling conference in this matter to Monday, October 18, 2010 at 10:30 a.m.

      The Court directs the Clerk to issue this Court's Order Setting Schedululing Conference with Exhibit A and counsel are directed to file an Amended Joint Rule 26(f) Report with Exhibit A completed.

      : 00

Initials of Preparer   kjt